UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| BARBARA LAHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-1430-WCL-JEM |
| | ) | |
| THE CARSWELL GROUP, INC. | ) | |
| d/b/a Independent Management Services | ) | |
| and MELISSA BLOCK, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR DISMISSAL WITH PREJUDICE

This Court, having examined the Parties' Stipulation for Dismissal with Prejudice, now hereby dismisses this cause of action and all claims herein against Defendants, The Carswell Group, Inc. d/b/a Independent Management Services and Melissa Block, with prejudice. All parties are to bear their own costs.

SO ORDERED this 12th day of March, 2015.


                                                s/William C. Lee_____
                                                Honorable Judge William C. Lee